

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00134-CV

SO SON HARABEDOFF AND SO
SON HARABEDOFF AS
EXECUTOR OF ESTATE OF
LARRY R. HARABEDOFF,
DECEASED

APPELLANT

V.

FORT WORTH EMPLOYEES'
RETIREMENT FUND

APPELLEE

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

On May 1, 2013, we sent the parties a letter suggesting that this case may be appropriate for referral to an alternative dispute resolution procedure. On May 13, 2013, appellee filed a written objection to the proposed referral. Because we have determined that there is a reasonable basis for the objection, we sustain the objection.

The clerk's record and reporter's record are due on or before **Monday, May 20, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED May 14, 2013.

PER CURIAM